# BROWARD COUNTY SHERIFF'S OFFICE

2601 West Broward Blvd Fort Lauderdale, Florida  33312

## RETURN OF SERVICE

Sheriff # 20028764

Court Case # 20-cv-61475-RKA

Cary Walowitz VS Corporate Coaches, INC. ET AL

Hearing Date:
Received by CCN 12628
09/02/2020 10:08 AM

Type of Writ: Summons

Court: United States District Court /  FL

Serve: **Corporate Coaches, INC.     4500 S State Road 7  Fort Lauderdale FL 33314**

| FILED BY _EB_ D.C. |
| --- |

Served: **X**

Not Served:

CARY WALOWITZ
6109 Eaton Street
Hollywood FL 33024

SEP 15 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

**Date:** 09/04/2020  **Time:** 10:23 AM

On Corporate Coaches, INC. in Broward County, Florida, by serving the within named person a true copy of the writ with the date and time of service endorsed thereon by me, and copy of the complaint petition or initial pleading by the following method:

## CORPORATE SERVICE

To Daniel Shafferman / Person in charge:

Holding the listed position of said corporation in the absence of any superior officer in accordance with F.S. 48.081; or an employee of defendant corporation in accordance with F.S. 48.081(3); or a resident agent of said corporation in accordance with F.S 48.091.

**Service Attempts:**

| Date | Time | Name | Address |
| --- | --- | --- | --- |
| 09/02/2020 | 11:00 AM | Shannon/12628 | 4500 S State Road 7  Fort Lauderdale FL 33314 |
| | **Notes:** Per Danny, office manager, the registered agent is out of town | | |

**COMMENTS**: Executed substitute service on Daniel Shafferman, the office manager
Gender: Male, Hair Color: Bald, Height - Feet: 5, Height - Inches: 7, Race: White

**You can now check the status of your writ by visting the Broward Sheriff's Office Website at www.sheriff.org and clicking on the icon "Service Inquiry"**

**Gregory Tony, Sheriff**
**Broward County, Florida**

By: _Annette Shannon_  D.S.

A. Shannon, #12628

| RECEIPT INFORMATION | | EXECUTION COSTS | | DEMAND/LEVY INFORMATION | |
| --- | --- | --- | --- | --- | --- |
| Receipt # | 5543 | Service | $40.00 | Judgment Date | n/a |
| Check # | w432-112-57-249-0 | | | Judgment Amount | $0.00 |
| | | | | Current Interest Rate | 0.00% |
| Service Fee | $40.00 | | | Interest Amount | $0.00 |
| On Account | $0.00 | | | Liquidation Fee | $0.00 |
| Quantity | | | | Sheriff's Fees | $40.00 |
| Original | 1 | | | Sheriff's Cost | $0.00 |
| Services | 1 | | | Total Amount | $40.00 |

bs17788

ORIGINAL

bs12628 09/10/2020 09:37:59

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Southern District of Florida ▾

```
FILED BY_____ ꞋꞋ D.C.

SEP 15 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.
```

| | |
|---|---|
| CARY WALOWITZ, on his own behalf and all similarly situated individuals | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) )  Civil Action No. 20-cv-61475-RKA |
| CORPORATE COACHES, INC., a Florida Corporation, LAURIE BARDAR, individually, ANDREW BARDAR, individually | ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Defendant:       CORPORATE COACHES, INC.,
> Registered Agent: ANDREW BARDAR
>                   4500 South State Road 7
>                   Fort Lauderdale, Florida 33314

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days are the United States or a United States agency, or an officer or employee of the United States described in Fed. R P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 1 the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: CARY WALOWITZ Pro Se
6109 EATON STREET
HOLLYWOOD, FLORIDA 33024

If you fail to respond, judgment by default will be entered against you for the relief demanded in the comp You also must file your answer or motion with the court.

CLERK OF COURT

Certified to be a true and
correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By_____
Deputy Clerk
8/31/20

Date: Aug. 31, 2020